UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:04CR139 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **(1) RACHEL MASSACHI** | ) | |
| **(7) TYLER GRADY** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(1) RACHEL MASSACHI and (7) TYLER GRADY** only) in the above-captioned case without prejudice.

Signed: July 21, 2011

Richard L. Voorhees
United States District Judge